452 A.2d 55

Commonwealth v. Gaidos, Appellant.

 Submitted February 19, 1981. John D. Enck, for appellant; David Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.